UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-cr-000305-M

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLES ANTHONY PITTMAN | **MOTION TO WITHDRAW AS<br>COUNSEL OF RECORD** |

    The Office of the Federal Public Defender hereby respectfully moves the Court for an order allowing it to withdraw as counsel of record for Charles Anthony Pittman. The grounds for this motion are that Mr. Pittman has retained Allen W. Rogers to represent him, and Mr. Rogers filed his Notice of Appearance on July 7, 2020. [DE 18]

    WHEREFORE, the Office of the Federal Public Defender respectfully moves the Court for an order allowing it to withdraw as counsel for Charles Anthony Pittman.

    Respectfully submitted, this 8th day of July, 2020.

                                                                      G. ALAN DUBOIS
                                                                    Federal Public Defender

                                                                    /s/ Joseph L. Ross II
                                                                  JOSEPH L. ROSS II
                                                                  Assistant Federal Public Defender
                                                                  Attorney for Defendant
                                                                  Office of the Federal Public Defender
                                                                  150 Fayetteville Street, Suite 450
                                                                  Raleigh, North Carolina 27601
                                                                  Telephone: 919-856-4236
                                                                  Fax: 919-856-4477
                                                                  E-mail: Joseph_Ross@fd.org
                                                                  Pennsylvania Bar No. 61722
                                                                  LR 57.1 Counsel, Appointed

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing was served upon:

JOHN DAVID KOESTERS
US Attorney's Office
150 Fayetteville St., Suite 2100
Raleigh, NC 27601

by electronically filing the foregoing with the Clerk of Court on July 8, 2020 using the CM/ECF system which will send notification of such filing to the above.

This the 8th day of July, 2020.

          <u>/s/ Joseph L. Ross II</u>
          JOSEPH L. ROSS II
          Assistant Federal Public Defender
          Attorney for Defendant
          Office of the Federal Public Defender
          150 Fayetteville Street, Suite 450
          Raleigh, North Carolina 27601
          Telephone: 919-856-4236
          Fax: 919-856-4477
          E-mail: Joseph_Ross@fd.org
          Pennsylvania Bar No. 61722
          LR 57.1 Counsel, Appointed