UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:20-CR-305-M

FILED IN OPEN COURT
ON 7/29/20
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | SUPERSEDING |
| v. | ) | INDICTMENT |
| | ) | |
| CHARLES ANTHONY PITTMAN | ) | |

The Grand Jury charges that:

## COUNT ONE

On or about May 30, 2020, in the Eastern District of North Carolina, the defendant, CHARLES ANTHONY PITTMAN, aiding and abetting others both known and unknown to the Grand Jury, maliciously damaged and destroyed by means of fire and an explosive, a building, the Market House, located at Market Square, Fayetteville, North Carolina, in whole and in part owned and possessed by the City of Fayetteville, an organization receiving Federal financial assistance, and as a result of such conduct, the defendant created a substantial risk of injury to any person, in violation of Title 18, United States Code, Sections 844(f)(1), 844(f)(2), and 2.

(Remainder of page left intentionally blank.)

## COUNT TWO

On or about May 30, 2020, in the Eastern District of North Carolina, the defendant, CHARLES ANTHONY PITTMAN, did knowingly use a cellular phone, the internet, and a motor vehicle, facilities of interstate and foreign commerce, with the intent (1) to promote, encourage, participate in, and carry on a riot, and (2) to commit any act of violence in furtherance of a riot, as those terms are defined in Title 18, United States Code, Section 2102, and thereafter performed other overt acts to promote, encourage, participate in, and carry on a riot, and to commit any act of violence in furtherance of a riot, that is (1) the defendant displayed a gasoline container to an assemblage of persons surrounding the Market House, Fayetteville, North Carolina, and (2) the defendant poured gasoline onto the floor of the Market House, Fayetteville, North Carolina, all in violation of Title 18, United States Code, Section 2101(a).

(Remainder of page intentionally left blank.)

## FORFEITURE NOTICE

The defendant is hereby given notice that all of the defendant's interest in all property specified herein is subject to forfeiture.

Upon conviction of the offense(s) set forth in the foregoing Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(B), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation(s), and pursuant to Title 18, United States Code, Section 844(c) and Title 28, United States Code, Section 2461(c), any explosive materials involved or used or intended to be used in the violation(s).

If any of the above-described forfeitable property, as a result of any act or omission of the defendant –

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty,

(Remainder of page intentionally left blank.)

3

Case 5:20-cr-00305-M   Document 21   Filed 07/29/20   Page 3 of 4

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

A TRUE BILL:

REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

7-28-20
DATE

ROBERT J. HIGDON, JR.
United States Attorney

BY: J.D. Koesters
Assistant United States Attorney

4