# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WILMINGTON, NORTH CAROLINA

## THE HONORABLE RICHARD E. MYERS II
## UNITED STATES DISTRICT JUDGE PRESIDING

Motions to continue, either by attorneys or the United States Probation Office, are to be submitted to the court at least **seven (7) business days** prior to the beginning of a session, absent exigent circumstances. Motions to continue filed after the deadline will **not** be considered until counsel appears for the hearing at the scheduled date and time.

## CRIMINAL SESSION COMMENCING ON
## MONDAY AUGUST 24, 2020 AT 9:30 A.M.
## COURTROOM #160

**Please notify the Clerk's Office if a defendant is in state or federal custody or if an interpreter is required and has not been noted on the calendar.**

**MONDAY AUGUST 24, 2020 AT 9:30 A.M.**
**PRETRIAL CONFERENCE**

| NAME | FILE NO. |
|---|---|
| **BERGER,** Frederick W. | 2:20-CR-4-1 |
|     AUSA: Bradford M. DeVoe | |
|     ATTY: William C. Pruden | |

**MONDAY AUGUST 24, 2020 AT 10:00 A.M.**
**JURY SELECTION AND TRIAL**

| | |
|---|---|
| **BERGER,** Frederick W. | 2:20-CR-4-1 |
|     AUSA: Bradford M. DeVoe | |
|     ATTY: William C. Pruden | |

**WEDNESDAY AUGUST 26, 2020 AT 10:00 A.M.**
**ARRAIGNMENT**

| | |
|---|---|
| **GARCIA-SMITH,** Andrew Salvarani | 5:20-CR-304-1 |
|     AUSA: John David Koesters | |
|     ATTY: Sonya M. Allen | |

**WEDNESDAY AUGUST 26, 2020 AT 10:30 A.M.**
**ARRAIGNMENT**
**MYERS,** Donnelle Maurice                                    4:20-CR-52-1
    AUSA: John David Koesters
    ATTY: Sonya M. Allen


**WEDNESDAY AUGUST 26, 2020 AT 11:00 A.M.**
**ARRAIGNMENT**
**PITTMAN,** Charles Anthony                                    5:20-CR-305-1
    AUSA: John David Koesters
    ATTY: Allen W. Rogers


**WEDNESDAY AUGUST 26, 2020 AT 11:30 A.M.**
**ARRAIGNMENT**
**AUTRY,** Ethan Gabriel                                    7:20-CR-23-3
    AUSA: John David Koesters
    ATTY: Brett T. Wentz


**WEDNESDAY AUGUST 26, 2020 AT 12:00 P.M.**
**ARRAIGNMENT**
**JACKSON,** Weldon Manik                                    4:20-CR-20-1
    AUSA: Robert J. Dodson
    ATTY: David E. Wicclair


**WEDNESDAY AUGUST 26, 2020 AT 2:00 P.M.**
**ARRAIGNMENT**
**HERRAR,** Daniel Lee                                    2:20-CR-26-1
    AUSA: Robert J. Dodson
    ATTY: Robert E. Waters


**WEDNESDAY AUGUST 26, 2020 AT 2:30 P.M.**
**ARRAIGNMENT**
**SINGLETON,** Neville                                    7:20-CR-6-2
    AUSA: Timothy M. Severo
    ATTY: Scott L. Wilkinson

**WEDNESDAY AUGUST 26, 2020 AT 3:00 P.M.**
**ARRAIGNMENT**
**BAXTER,** Robert                                                           7:20-CR-74-2
    AUSA: Timothy M. Severo
    ATTY: Brett T. Wentz


**THURSDAY AUGUST 27, 2020 AT 10:00 A.M.**
**ARRAIGNMENT**
**LYNCH,** Antonio Devon                                                     4:20-CR-53-1
    AUSA: John Alfred Parris
    ATTY: Rosemary Godwin


**THURSDAY AUGUST 27, 2020 AT 10:30 A.M.**
**ARRAIGNMENT**
**LANE,** Anthony Reashawn                                                   5:20-CR-74-1
    AUSA: John Alfred Parris
    ATTY: Rosemary Godwin


**THURSDAY AUGUST 27, 2020 AT 11:00 A.M.**
**ARRAIGNMENT**
**CARRILLO,** Dolores Mabyarleth                                             5:20-CR-231-1
    AUSA: Thomas L. Crosby
    ATTY: Damon Chetson


**THURSDAY AUGUST 27, 2020 AT 11:30 A.M.**
**ARRAIGNMENT**
**HAYNIE JR.,** Terry Dean                                                   7:20-CR-73-2
    AUSA: Bryan M. Stephany
    ATTY: Christian Dysart / Geoffrey Willis


**THURSDAY AUGUST 27, 2020 AT 12:00 P.M.**
**CHANGE OF PLEA**
**LITTLE,** Jerome                                                           4:19-CR-5-1
    AUSA: Jake D. Pugh
    ATTY: Geoffrey W. Hosford

**THURSDAY AUGUST 27, 2020 AT 2:00 P.M.**
**ARRAIGNMENT**
**VORANA,** Kittisack Sam                                      5:20-CR-12-2
    AUSA: Scott A. Lemmon
    ATTY: Jamie L. Vavonese


**THURSDAY AUGUST 27, 2020 AT 2:30 P.M.**
**ARRAIGNMENT**
**ARRINGTON,** Jill Thompson                                   5:20-CR-14-1
    AUSA: Tamika Griffin Moses
    ATTY: Leza Lee Driscoll


**THURSDAY AUGUST 27, 2020 AT 3:00 P.M.**
**ARRAIGNMENT**
**MORRIS,** Demarius Jerrad                                    5:20-CR-81-1
    AUSA: Daniel W. Smith
    ATTY: Lauren Harrell Brennan


**FRIDAY, AUGUST 28, 2020 AT 10:00 A.M.**
**REVOCATION OF SUPERVISED RELEASE**
**WHITTED,** Dionne Michelle                                   7:20-CR-28-1
    AUSA: Banu Rangarajan
    ATTY: Cindy Bembry Johnson


**FRIDAY AUGUST 28, 2020 AT 10:30 A.M.**
**SENTENCING**
**ROBISON,** Tyler                                             5:20-CR-73-1
    AUSA: Robert J. Dodson
    ATTY: Kevin Matthew Marcilliat


**FRIDAY AUGUST 28, 2020 AT 11:30 A.M.**
**SENTENCING**
**NEWLAND,** Sally                                             7:20-CR-39-1
    AUSA: Timothy M. Severo
    ATTY: Bruce Allan Mason