THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO: 5:20-cr-00305-M

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

CHARLES ANTHONY PITTMAN,

        Defendant.

ORDER

This matter is before the Court on the unopposed motion of Defendant Charles Anthony Pittman to continue the arraignment in this matter. [DE-28.] For good cause shown, Defendant's motion to continue is hereby GRANTED and this matter is continued to the September 29, 2020, term of court.

The Court has determined that the ends of justice outweigh the interests of the defendant and the public in a speedy trial. The delay occasioned by the continuance shall be excluded in computing the defendant's speedy trial time. *See* 18 U.S.C. § 3161(h)(7)(A).

This the 21st day of August, 2020.

RICHARD E. MYERS II
UNITED STATES DISTRICT JUDGE