FILED

SEP 2 3 2020

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK


UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:20-CR-305-M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL INFORMATION |
| | ) | |
| CHARLES ANTHONY PITTMAN | ) | |

The United States charges that:

## COUNT ONE

On or about May 30, 2020, in the Eastern District of North Carolina, the defendant, CHARLES ANTHONY PITTMAN, aiding and abetting others both known and unknown to the Grand Jury, maliciously damaged and destroyed by means of fire and an explosive, a building, the Market House, located at Market Square, Fayetteville, North Carolina, in whole and in part owned and possessed by the City of Fayetteville, an institution receiving Federal financial assistance, in violation of Title 18, United States Code, Sections 844(f)(1) and 2.

(Remainder of page left intentionally blank.)

## COUNT TWO

On or about May 30, 2020, in the Eastern District of North Carolina, the defendant, CHARLES ANTHONY PITTMAN, did knowingly use a cellular phone, the internet, and a motor vehicle, facilities of interstate and foreign commerce, with the intent (1) participate in and carry on a riot, and (2) to commit any act of violence in furtherance of a riot, as those terms are defined in Title 18, United States Code, Section 2102, and thereafter performed other overt acts to participate in and carry on a riot, and to commit any act of violence in furtherance of a riot, that is the defendant poured gasoline onto the floor of the Market House, Fayetteville, North Carolina, all in violation of Title 18, United States Code, Section 2101(a).

ROBERT J. HIGDON, JR.
United States Attorney

BY: J.D. Koesters
Assistant United States Attorney

Date: September 22, 2020