AO 455 (Rev. 01/09) Waiver of an Indictment

FILED IN OPEN COURT
ON 9/29/2020
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>CHARLES ANTHONY PITTMAN<br>*Defendant* | ) ) ) ) ) ) Case No. 5:20-CR-305-1M |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 09/29/2020

*Defendant's signature*

*Signature of defendant's attorney*

Allen W. Rogers
*Printed name of defendant's attorney*

*Judge's signature*

Richard E. Myers II, United States District Judge
*Judge's printed name and title*