RECEIVED
MAR 11 2021
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

5:20CR305-1-M

Your Honor, Judge Myers,

Your Honor I hope this letter finds you in good spirits and peace. At the advice of another I have decided to write you with good intentions in mind and in an attempt to obtain your mercy and understanding. This may be the only the only time I am allowed to speak. First, I would like to apologize to your court and all the courts for presenting myself in this manner and under these circumstances. I would also like to apologize to the United States of America for the moments in question concerning my case. I would also like to apologize to the state of North Carolina, the city of Fayetteville, the county of Cumberland and the citizens of each. As for, your Honor, the charges I am faced with I would like to admit that they are terrible and embarrassing crimes. As far as statements on social media are concerned, I utilized my right to freedom of speech in a very reckless and careless manner. Although I did not direct anyone to break the law or commit violence, I did express myself in a dishonorable fashion. For that, your Honor, I have the utmost remorse. Pertaining to the actual events in question, your Honor, I must say that in a moment of

I FOUND MYSELF AT THE WRONG PLACE AT THE WRONG TIME AND COMPLETELY EMBARRASSED MYSELF. I WAS DRINKING, MY WIFE AND I WERE HAVING PROBLEMS, SHE HAD LEFT ME AND I WAS CAUGHT UP IN A SAD MOMENT OF CONFUSION. THESE CHARGES DO NOT REFLECT WHO I AM OR MY FAMILY UPBRINGING. I LOVE THIS COUNTRY. ITS THE COUNTRY I HAVE CALLED HOME FOR 33 YEARS. I'VE SERVED IN THE US ARMY AND SO HAS MY FATHER, GRAND FATHER, BROTHERS AND COUNTLESS UNCLES, AUNTS, AND COUSINS. IN FACT THE DAY BEFORE I WAS DETAINED. I HAD JUST GIVEN MY FINGERPRINTS AND SUBMITTED A PACKET TO RE-JOIN THE UNITED STATES MILITARY. I'VE TRIED TO RE-ENLIST IN THE PAST BUT THIS WAS MY MOST SERIOUS ATTEMPT. I WOULD EVEN BEG YOUR PARDON TO ASK IF THERE IS ANYTHING YOU, YOUR HONOR, CAN DO TO HELP ME GET BACK IN. YOUR HONOR I'M A NORMAL PRODUCTIVE CITIZEN. I HAVE A WIFE AND TWO SMALL CHILDREN. I'VE WORKED IN THE SAME FIELD FOR THE PAST FOUR YEARS AND AT THE SAME COMPANY FOR THE PAST THREE YEARS. I'VE HAD PROBLEMS WITH DRINKING AND MY DRIVER'S LICENSE IN THE PAST I ADMIT BUT A LOT OF PEOPLE CAN CONFIRM I'M AN OKAY AND HONEST CITIZEN. THANK YOU FOR, YOUR HONOR, READING MY LETTER AND I ONCE AGAIN BEG YOUR MERCY AND UNDERSTANDING. THANK YOU FOR YOUR TIME. HIGHEST REGARDS,

CHARLES