IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:20-CR-00305-M

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | ORDER |
| CHARLES PITTMAN, | |
| Defendant. | |

This matter comes before the court on Defendant's unopposed motion to continue the sentencing hearing [DE 59]. For good cause shown, the motion is GRANTED. Defendant's sentencing hearing is continued until the December 7, 2021 term of court.

SO ORDERED this 28th day of October, 2021.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE