<pre>
                    UNITED STATES DISTRICT COURT
                              for the
                    Eastern District of North Carolina
                             Wilmington
</pre>

| | | |
|---|---|---|
| **United States of America,** *Plaintiff* | ) ) ) | CASE NO. 5:20-CR-305M |
| vs. | ) ) | |
| **Charles Pittman,** *Defendant* | ) ) | |

# DEFENDANT'S MOTION TO DISMISS
# COUNT ONE OF THE INDICTMENT

*TO:  THE HONORABLE UNITED STATES DISTRICT JUDGE
      FOR THE EASTERN DISTRICT OF NORTH CAROLINA,
      WILMINGTON DIVISION*

DEFENDANT, Charles Pittman, COMES NOW and files this Motion to Dismiss, pursuant to Rules 12 (b)(2) and 12 (b)(3) of the Federal Rules of Criminal Procedure, respectfully requesting this Court to dismiss Count One of the superseding indictment and criminal information because it fails state a claim that confers subject-matter jurisdiction on this Court. The fatal defect is more fully set forth in the supporting Memorandum filed contemporaneously with this Motion.

Respectfully submitted this the 31st day of December, 2021.

Counsel for the Defendant

*Heather L. Rattelade*

Heather L. Rattelade, Bar No. 38698
Rattelade Law
708 Rush Rd.
Fayetteville NC 28305
E-mail: heatherrattelade@gmail.com

Ph: 910.489.5569

CERTIFICATE OF SERVICE

This is to certify that I have this the 31st day of December 2021, served a copy of the foregoing document upon counsel in this action by electronically filing the foregoing with the Clerk of Court, using the CM/ECF system which will send notification of such filing to:

>J.D. KOESTERS
>Assistant United States Attorney
>United States Attorney's Office Attorney150 Fayetteville Street, Suite 2100
>Raleigh, NC 27601
>Telephone: (919) 856-4845
>NC Bar No. 41372

Respectfully submitted this the 31st day of December, 2021.

Counsel for the Defendant

*Heather L. Rattelade*

Heather L. Rattelade, Bar No. 38698
Rattelade Law
708 Rush Rd.
Fayetteville NC 28305
E-mail: heatherrattelade@gmail.com
Ph: 910.489.5569