UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Charles Anthony Pittman**　　　　　　　　　　　　**Docket No. 5:20-CR-305-1M**

**Petition for Action on Supervised Release**

COMES NOW Mark Culp, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Charles Anthony Pittman, who, upon an earlier plea of guilty to Maliciously Damaging by Fire a Building Receiving Federal Financial Assistance and Aiding and Abetting, in violation of 18 U.S.C. § 844(f)(1) and 18 U.S.C. § 2; and Riots, in violation of 18 U.S.C. § 2101(a), was sentenced by the Honorable Richard E. Myers II, Chief United States District Judge, on July 28, 2022, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Charles Anthony Pittman was released from custody on March 8, 2024, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** In the Amended Judgment filed on November 10, 2022, the court ordered that this offender pay his restitution at a rate of $100 per month, commencing after the offender's release from prison. To date, this offender has been unsuccessful in obtaining employment, and lacks the income to afford $100 monthly payments. It would be more obtainable for this offender to pay his restitution amount at a rate of $50 per month at this time. If Mr. Pittman experiences any changes in his financial status, the court may be readdressed to make sure the victim in this matter is receiving the most attainable amount of restitution possible.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The court orders that the defendant make monthly payments of $50 to begin after the defendant's release from prison.

Except as herein modified, the judgment shall remain in full force and effect.

　　　　　　　　　　　　　　　　　　　　　　I declare under penalty of perjury that the foregoing
　　　　　　　　　　　　　　　　　　　　　　is true and correct.

　　　　　　　　　　　　　　　　　　　　　　/s/ Mark Culp
　　　　　　　　　　　　　　　　　　　　　　Mark Culp
　　　　　　　　　　　　　　　　　　　　　　Senior U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　150 Rowan Street Suite 110
　　　　　　　　　　　　　　　　　　　　　　Fayetteville, NC 28301
　　　　　　　　　　　　　　　　　　　　　　Phone: 910-354-2543
　　　　　　　　　　　　　　　　　　　　　　Executed On: April 18, 2024

Charles Anthony Pittman
Docket No. 5:20-CR-305-1M
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __19th__ day of __April__, 2024, and ordered filed and made a part of the records in the above case.

_____
Richard E. Myers II
Chief United States District Judge