## UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Charles Anthony Pittman**                    **Docket No. 5:20-CR-305-1M**

### Petition for Action on Supervised Release

COMES NOW Mark Culp, Supervising U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Charles Anthony Pittman, who, upon an earlier plea of guilty to Maliciously Damaging by Fire a Building Receiving Federal Financial Assistance and Aiding and Abetting, in violation of 18 U.S.C. § 844(f)(1) and 18 U.S.C. § 2; and Riots, in violation of 18 U.S.C. § 2101(a), was sentenced by the Honorable Richard E. Myers II, Chief United States District Judge, on July 28, 2022, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Charles Anthony Pittman was released from custody on March 8, 2024, at which time the term of supervised release commenced.

On April 18, 2024, the Court approved a modification of the defendant's payment schedule to $50 per month due to financial hardship.

On August 21, 2025, a Violation Report was filed advising that the defendant had been arrested in Hillsborough County, Florida, for Driving with a Cancelled, Suspended, or Revoked License (25-CT-012711).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On June 5, 2026, the defendant was stopped by a Pinellas County Sheriff's Deputy for an inoperable taillight, and he was subsequently arrested for Driving with License Cancelled, Suspended, or Revoked in Pinellas County, Florida (Docket Number 522026CT032176000APC).

On June 6, 2026, Mr. Pittman notified the probation office that he was "cited" and would "handle it properly." He reported to the probation office as instructed on June 11, 2026, and admitted that he was actually arrested on June 5, 2026. Mr. Pittman further stated that getting to and from work without a driver's license has been challenging and recognized the need to come up with a temporary transportation plan, while also prioritizing the fines and fees levied against his drivers license.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in the Home Detention program for a period of 30 days. During this time, the defendant will remain at their place of residence except for employment and other activities approved in advance by your Probation Officer. The defendant will be subject to the standard conditions of Home Detention adopted for use in the Middle District of Florida, which may include the requirement to wear an electronic monitoring device and to follow electronic monitoring procedures specified by the Probation Officer. Further, thedefendant shall be required to contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office based on ability to pay.

**Charles Anthony Pittman**
**Docket No. 5:20-CR-305-1M**
**Petition For Action**
**Page 2**

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Mark Culp
Mark Culp
Supervising U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2543
Executed On: June 24, 2026

### ORDER OF THE COURT

Considered and ordered this __25th__ day of __June__, 2026, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief United States District Judge